**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 18-60337 | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|
| Case Name: | CONNER, KIMBERLY R | Date Filed (f) or Converted (c): | 08/30/2018 (f) |
| For the Period Ending: | 09/30/2018 | §341(a) Meeting Date: | 10/04/2018 |
| | | Claims Bar Date: | 01/07/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home<br>401 E Johnson Ave<br>Altamont, IL - 62411-0000<br>Effingham County<br>3 Bedrooms, 1 Bath FMV | $43,500.00 | $0.00 | | $0.00 | $43,500.00 |
| Asset Notes: | 10/11/18 Filed Obj Exemptions | | | | | |
| 2 | 2014 Dodge Dart<br>60,000 MILES<br>NADA Value | $7,825.00 | $0.00 | | $0.00 | $7,825.00 |
| 3 | Living Room, Bedroom, Dining Room Furniture, Small Kitchen<br>Appliances and Cookware, Photos and Books, Miscellaneous Wall<br>Decor and Textiles | $550.00 | $0.00 | | $0.00 | $550.00 |
| 4 | TVs (2), Laptop, DVD player, Cell phone | $500.00 | $0.00 | | $0.00 | $500.00 |
| 5 | Everyday Clothes and Shoes | $150.00 | $0.00 | | $0.00 | $150.00 |
| 6 | Miscellaneous Costume Jewelry | $10.00 | $0.00 | | $0.00 | $10.00 |
| 7 | Cash | $170.00 | $0.00 | | $0.00 | $170.00 |
| 8 | Checking First Mid Illinois Bank & Trust (4423) | $10.00 | $0.00 | | $0.00 | $10.00 |
| 9 | Checking Dieterich Bank (8255) | $249.70 | $0.00 | | $0.00 | $249.70 |
| 10 | IRA First Mid-Illinois Bank & Trust | $13,806.20 | $0.00 | | $0.00 | $13,840.62 |
| Asset Notes: | 10/11/18 Filed Obj Exemptions | | | | | |
| 11 | 2017 (IL) Income Tax Refund (Received $60) Expended State | $0.00 | $0.00 | | $0.00 | $0.00 |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $66,770.90 | $0.00 | | $0.00 | $66,805.32 |

**Major Activities affecting case closing:**

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 18-60337 | Trustee Name: | Robert T. Bruegge |
| Case Name: | CONNER, KIMBERLY R | Date Filed (f) or Converted (c): | 08/30/2018 (f) |
| For the Period Ending: | 09/30/2018 | §341(a) Meeting Date: | 10/04/2018 |
| | | Claims Bar Date: | 01/07/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 10/18/2018 | Received bank statements; Updated value of IRA |
| 10/11/2018 | Filed Obj Exemptions |
| 10/11/2018 | Ltr re bank statements and IRA |
| 09/20/2018 | Westlaw search |

**Initial Projected Date Of Final Report (TFR):**   10/09/2019          **Current Projected Date Of Final Report (TFR):**          /s/ ROBERT T. BRUEGGE

ROBERT T. BRUEGGE