# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| KIMBERLY R. CONNER, | ) | |
| | ) | BK    18-60337 |
| Debtor. | ) | |

## OBJECTION TO AMENDED EXEMPTIONS

COMES NOW Robert T. Bruegge, Trustee in the above-referenced cause, and for his Objection to Debtors' Claim of Amended Exemptions states to the Court as follows:

1.  That the Debtor is claiming an exemption of Thirteen Thousand Five Hundred Twenty-Five Dollars and Sixty Cents ($13,525.60) under 735 ILCS 5/12-901 in the real estate located at 401 E. Johnson Ave., Altamont, IL.

2.  That the Trustee objects to any exemption claimed under 735 ILCS 5/12-901 in the real estate located at 401 E. Johnson Ave., Altamont, IL as this exemption applies to the debtor's residence and the debtor testified she has not resided in this property since August 2017.

WHEREFORE, the Trustee prays that the Court enter an Order sustaining his Objection to Exemptions.

ROBERT T. BRUEGGE, TRUSTEE,

By: /s/ Robert T. Bruegge
Robert T. Bruegge, Trustee
130 North Main Street
PO Box 510
Edwardsville, IL 62025
(618) 301-4878
(888) 519-6101 fax
rtbruegge@lawdept.net

# NOTICE OF ELECTRONIC FILING AND
**CERTIFICATE OF SERVICE BY MAIL**

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | BK | 18-60337 |
| | ) SS | | |
| CITY OF EDWARDSVILLE | ) | Chapter | 7 |

Krista Doiron, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On November 29, 2018, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Objection to Amended Exemptions**.

The Deponent served electronically the **Objection to Amended Exemptions** to the following parties:

U.S. Trustee                    J.D. Graham

and served by mail to the following parties:

Kimberly Conner
110A N Mulberry
Effingham IL 62401

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Edwardsville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Krista Doiron